UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 12-CR-578 |
| TIMMY DANG | |

Order on
Defendant's Third Motion to Modify Conditions of Release

On Defendant's motion, unopposed by pretrial services and the Government, Mr. Dang may report to pretrial services twice a month, need not provide urine samples unless specifically directed by pretrial services, and may travel within Harris, Fort Bend, Waller, Montgomery, Liberty, Chambers, Galveston, and Brazoria Counties to provide taxi services to customers.

__June 11, 2013__
DATE

__[signature]__
JUDGE PRESIDING